# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

vs.            :  Case No. 3:11-cv-062

29,322.00 IN UNITED STATES
CURRENCY, et. al.,

  Defendants.

---

### ORDER OF DISMISSAL: TERMINATION ENTRY

---

  The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

  Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

  The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

  **IT IS SO ORDERED.**

April 8, 2014

                 /s/ Walter H. Rice
                 WALTER H. RICE, JUDGE
                 UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record